# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL NO. 5:14-CV-075-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | DEFAULT JUDGMENT, |
| ) | ENTRY OF JUDGMENT, AND |
| v. ) | FINAL ORDER OF FORFEITURE |
| ) | |
| $67,040.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Default Judgment, Entry Of Judgment, And Final Order Of Forfeiture" (Document No. 25) seeking an Order directing Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a) and (b), and 18 U.S.C. § 981, 18 U.S.C. § 983 and 21 U.S.C. § 881. For reasons stated in the Government's motion, and noting that no response has been filed, the motion will be granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Government's "Motion For Default Judgment, Entry Of Judgment, And Final Order Of Forfeiture" (Document No. 25) against the **DEFENDANT PROPERTY**:

   **$67,040.00 in United States Currency**

is hereby **GRANTED** and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world;

2. Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

3. The United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

**SO ORDERED**.

Signed: August 5, 2015

David C. Keesler
United States Magistrate Judge